UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| Mary Bourbon, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No.: 4:08-cv-00681 |
| ) | |
| Credit and Debt Management ) | |
| Of America, GP, LLC, ) | JURY TRIAL DEMANDED |
| ) | |
| Defendant. ) | |

**PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS PURSUANT TO RULE 12(B)(3) OR, IN THE ALTERNATIVE, TO COMPEL ARBITRATION AND STAY THE PENDING PROCEEDING**

COMES NOW, Plaintiff, Mary Bourbon, by and through undersigned counsel, and for Plaintiff's Response to Defendants Motion to Dismiss or, in the Alternative, to Compel Arbitration and to Stay the Pending Proceeding states:

1. Plaintiff consents to Defendant's Motion to Arbitrate the Dispute and Stay the Case.

Wherefore, Plaintiff consents to Defendant's Motion to Arbitrate the Dispute and Stay the Case, or for any other orders this Court deems just and proper under the circumstances.

Respectfully Submitted,
GOLDBERG LAW FIRM, LLC
*/s/ Nathan H Goldberg*
Attorney at Law
EDMO 3231, MO 37321
1014 Lami
The London House
Historic Soulard, MO 63104
314-771-1900
314-771-1903 fax
nathan@goldberglawllc.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Plaintiff's Response to Defendant's Motion to Dismiss Pursuant to Rule 12(B)(3) or, in the Alternative, to Compel Arbitration and Stay the Pending Proceeding were served upon the persons listed below by first class mail, postage prepaid or via email as certified by the court's computer ECF/CM system on May 27, 2008.

Michael B. Hunter
Williams, Venker, & Sanders LLC
100 N. Broadway, Ste. 2100
St. Louis, MO 63102

                                                Respectfully Submitted,
                                                GOLDBERG LAW FIRM, LLC
                                                */s/ Nathan H Goldberg*
                                                Attorney at Law
                                                EDMO 3231, MO 37321
                                                1014 Lami
                                                The London House
                                                Historic Soulard, MO 63104
                                                314-771-1900
                                                314-771-1903 fax
                                                nathan@goldberglawllc.com